In the Matter of ELIZABETH BRILLIANT, Appellant, v DAVID GA-MACHE et al., Respondents, and WILLIAM BEALE, Appellant.

Submitted January 31, 2006; decided February 7, 2006

Motion for leave to appeal denied. Motion for a stay, etc., dismissed as academic.